ERIC GRANT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>BLAKE BRANDON,<br><br>                    Defendant. | Case No. 1:26-CR-00018-KES-EPG<br><br>STIPULATION TO SCHEDULE CHANGE OF PLEA HEARING; ORDER<br><br>COURT: Hon. Kirk E. Sherriff |

Plaintiff the United States of America ("United States") and Defendant Blake Brandon ("Defendant") submit this stipulation, pursuant to undersigned counsel, (1) to schedule a change of plea hearing before the Honorable Kirk E. Sherriff on April 6, 2026, and (2) vacate the currently scheduled status conference on April 22, 2026, before the Honorable Erica P. Grosjean.

The parties have reached a plea agreement which has been filed on the docket. Given the agreement, the parties request a change of plea hearing. In addition, the currently scheduled status conference will become unnecessary in light of the change of plea.

1

## **STIPULATION**

The United States of America, by and through undersigned counsel, and Defendant, by and through undersigned counsel, hereby stipulate as follows:

1. A change of plea hearing may be scheduled for April 6, 2026, before the Honorable Kirk E. Sherriff;

2. The currently scheduled status conference on April 22, 2026, before the Honorable Erica P. Grosjean may be vacated.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date:  March 30, 2026        */s/ Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney
Attorney for Plaintiff

Date:  March 30, 2026        HEATHER E. WILLIAMS
Federal Defender

*/s/ Griffin Estes*
GRIFFIN ESTES
Assistant Federal Defender
Attorney for Defendant
BLAKE BRANDON

2

**O R D E R**

A change of plea hearing is set for April 6, 2026, at 9:30 a.m. before the Honorable Kirk E. Sherriff.   The currently scheduled status conference on April 22, 2026, before the Honorable Erica P. Grosjean, is vacated.

IT IS SO ORDERED.

Dated:    March 30, 2026

_____
UNITED STATES DISTRICT JUDGE